**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL NO.:** 1:23-cv-01224-ELH |
| | ) | |
| **$48,800 in U.S. CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**WARRANT FOR ARREST IN REM**

**TO:   THE DEPARTMENT OF HOMELAND SECURITY AND/OR ANY OTHER
DULY AUTHORIZED LAW ENFORCEMENT OFFICER**

WHEREAS, on May 9, 2023, the United States of America filed a verified complaint for civil forfeiture *in rem* in the United States District Court for the District of Maryland against the above-named Defendant Property, alleging that said Defendant Property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the Defendant Property is currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *in rem* for the arrest of the Defendant Property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it;

NOW THEREFORE you are hereby commanded to arrest the above-named Defendant Property by serving a copy of this warrant on the custodian in whose possession, custody or control the Defendant Property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated:  5/9/2023

Clerk of the Court
United States District Court

By:  /s/ D. Gomez

Deputy Clerk